# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ALDRIDGE, MARY; ALEXANDER, BEN;
ALEXANDER, TARA; ALLEN, BARBARA;
AMBROSE, THEODORE; ANDERSON, CYNTHIA;
ANDERSON, DANIEL; ANDERSON, EARLESS;
ANDERSON, EUGENE; ANDERSON, JOYCE V.;
ANDERSON, JOYCE Y.; ANDERSON, LINDA;
ANDERSON, SAMMIE; ANTHONY, RICKY;
APPLEWHITE, ETHEL; ARCHIE-POTTS, SHAMEKIA;
ARMSTRONG, ANTHONY; ARMSTRONG, MARTIN;
ASHFORD, JAMES; AULTMAN, SONJA;
AUTHER, CASSANDRA; AVERY, JOHN;
BADGER, YUBRISHA; BAGGETT-BLACKMON, JESSICA;
BAILEY, CLIFTON; BAKER, DONTERIO; BANKS,
CAPRICE; BANKS, DEBORAH; BANKS, TAMARA;
BARNES, DAVID; BARNES, JR., FRANKIE; BARNES,
IRMA; BARNES-BOYD, NICOLE; BARNES, WALTER;
BARTON, SAM; BASS-LASTRAPES, ALFREDIA;
BATEAST, RODERICK; BATTLE, YVONNE;
BEAMON, ROBERT; BEAMON, SHELIA; BECK, JOHN;
BELTON, LARRY; BENNETT, APRIL; BENNETT,
CASSANDRA; BERRY-KEYES, HATTIE; BILLINGS,
ALTHEA; BLACK, ROBERT; BLAIR, TOMMY;
BLANFORD, KENNETH; BLISETT, MARY;
BOGAN, FLORA; BOLDEN, AUTREY; BOLDEN, WILLIE
BOLDIEN, ENRIECKA; BOOKER, LATAMBRA; BOOKER,
TUMARIAN; BOOKER, WILLIE A.; BOOKER, WILLIE LEE;
BOONE, LAVERNE; BOONE, TIFFANY; BOOTH, DAMITA;
BOOTH, YOLANDA; BOSS, SHARON; BOUNDS, EDDIE;
BOUNDS, LATRENDA; BOYD, ARLESIA; BOYKIN, DIANE;
BOYKIN, TOMMY; BRACEY, CURTIS; BRADLEY,
JONATHAN; BRADLEY, TERRENCE; BRADY, BARBARA;
BRANCH, ANGELA; BRANCH, IDA; BRANCH, JEWELEAN;
BRANCH, WILLIE; BREWER, ALBERDEA; BREWER, JAMES;
BROGER, LONNIE; BROOKS, DAVID; BROOKS, LARRY;
BROWN, GILLIS; BROWN, JOLYNN; BROWN, LEROY;
BROWN, TOLEDO; BROWN, YVONNE; BRYANT, BETTYE;
BRYANT, COLERIDGE; BUCHANAN, BENNIE; BUCHANAN,
JAROME; BUCHANAN, LUERENIA; BUCHANAN, MELVIN;**

**BUCHANNA, GREGORY; BUCK-MCCLAIN, KIMEIRIAKIS; BUCKLEY, ALVIN; BUCKNER, DESIREE; BUCKNER, VARNETTA; BUIE, DWAYNE; BURCHFIELD, HARVEY E. ; BURCHFIELD, HARVEY R.;BURCHFIELD, KATHLEEN; BURGESS, REGINA; BURTON, ANDREA; BUTLER-WESLEY, VERONICA;BYEST, PROBARTIC; BYRD, DEBRA; CALVIN, WILLIAM; CAMERON, JOSEPHINE; CANNON, EUGENE; CANNON, NATHANIEL; CANNON, PATRICIA; CANNON, YOLANDA; CARROLL, ANTONIO; CARROLL, MORRIS; CARSON, ALLISON; CARSON, ELAINE; CARSON, SHELETHIA; CARTER, DONALD; CARTER, LASHOUNDRIA; CARTER, LINDA; CATCHINGS, WILLIE; CHAPPLE, KATHY M.; CHEPPLE, KATHY; CHESTNUT, DOROTHY; CHRISTIAN JR., BENNIE; CHRISTIAN, HEIDI; CLARK, DIANE; CLARK, SYLVESTER; CLEVE, SHELBY; COBBINS, LISA; COLE, JAMES; COLE, JERALD; COLEMAN, CARLOS; COLEMAN, CHARLES; COLEMAN, DORINE; COLEMAN, EMMANUEL; COLEMAN, JENNICIA; COLEMAN, MONTICA; COLEMAN, TARA; COLLINS, ANNIE; COLLINS, MAGNOLIA; COLLINS, SHERIONA; COLLINS-JOHNSON, HOPE; CONLEY, EMMA; CONLEY, LONNIE; CONRAD, MARY; COOK, ROGER; COX, ANTHONY; COX, EMMA; CRAFT, MARY;CRAWFORD, VALERIE; CRIDDLE, DIXIE; CRIGLER-WRIGHT, GLADYS; CROOM, MELVIN; CROWDER, DENARIUS; CROWDER, PENNY; CROWELL, KAWANIS; CRUMP, ANDREA; CURRY, MICHAEL; DALE, SHELVYN; DALE, TROY; DANSON-MABRY, PAMELA; DANTLER, CALLIE; DAVENPORT, GEORGE; DAVIS, BENNIE; DAVIS, DORETHA; DAVIS, JEFFREY; DAVIS, MARCUS; DAVIS, TERRANCE; DAVIS, TERRY; DAVIS, TRINIQYA; DAVIS, WAYNE; DEAN, JEANETTE; DEAN, PETER; DEAR, JOHN; DEKRAAI, DEBORAH; DIGGS, MARY; DIXON, CAROL; DIXON, EVELYN; DOMINO, KENNETH; DORTCH, MARY; DOTSON, WILLIAM; DRAUGHN, NIMROD; DUCKSWORTH-SUTTON, MARSHA; DUDLEY, SHALONDRA; DUKES, FLORA; DUNNAS, SANDRA; DURANT, MILLIE; EBY, RICHARD; ECHOLES, JOE; EDMOND-REED, ELISE; EDWARDS, JACQUELINE;**

**EDWARDS, TOMAIKO; ELEM, RICKY; ELLIS, ALICIA; ELLIS, BRUCE; ELLIS, BRYN; ELLIS, WILLIE; EPHROM, BREANDRIA; EPPS, DEXTER; EPPS, MARY; ERVIN, JANICE; ESKRIDGE, ARTHUR; ESKRIDGE, FRANCHETTE; EVANS, MARQUEZ; EVERETT, JUSTINA; FANCHER, SHELIA; FEATHERSTON-PRAYER, CAROLYN; FIELDS, FAYE; FINNEY, RICHARD; FISHER, LAKESHA; FITZPATRICK, ROBERT; FLEMING, HUE; FLORE, BARNEY; FLORE, VELICIA; FLOWERS, CURTIS; FLOWERS, ISAIAH; FLOWERS, MARCUS; FORBES, JACQUELINE; FORD, ERIC; FOREST, AUGUSTA; FORREST, ARTHUR; FOSTER, BRIDGET; FRAZIER, REBA; GALLION, TERRY; GALLION, TYRONE; GARDNER, BARBARA; GARDNER, SCOTTIE; GARDNER, SHERIEKA; GARDNER, YVONNE; GARFIELD, FELICIA; GARY, DORIS; GATES, TOSHEBIA; GEORGE, HATTIE; GERMAN, MICHAEL; GERMAN-FLOWERS, CHANDRA; GIBSON, ANNIE; GILES, EVERLEANER; GILMORE, GEETER; GIPSON, RICHARD; GIPSON, RUFUS; GLASPER, ISAAC; GLENN-RIVERA, TAMEKIA; GLINSEY, CURTIS; GOLDEN, TAMMY; GOMILLIA, GLYNIS; GORDON, ANTHONY; GORDON, RUTHIE; GRAHAM, FREDDIE; GRAHAM, ROBERT; GRANT, CARL; GRANT, CORNELL; GRAVES, RAPHAEL; GRAVES, RASHUNDA; GRAY, JUAN; GRAY, JULIA; GRAY, SYLVIA; GREEN, AUDREY; GREENE, EDDIE; GREER, ALECIA; GREER, CHIDEXTRA; GRIFFIN, FRANCES; GRIFFIN, JAMES; GRIFFIN, LAMARCUS; GRIFFIN-ORR, LA'SHELIA; GRIMES, LARRY; GUEST, DAVID; GUEST, JANICE; GWIN, JAMES; GWIN, VICTORIA; HALL, BILLY; HALL, BRYAN; HALL, VERONICA; HAMPTON, DIANNE; HAMPTON, PATICIA A.; HAMPTON, THELMA; HANKINS, LAKENYA; HANKINS, TORREY; HARDIMAN, EUGENE; HARDIMAN, MATILDA; HARDY, JOHN; HARPER, LATAVIA; HARPER, RANDY; HARPER, TINA; HARRELL-THOMAS, BARBARA; HARRIS, ALMA; HARRIS, BURNETTE; HARRIS, CHIQUITA; HARRIS, LATONYA; HARRIS, MARGARET; HARRIS, ROBERT; HARRIS, ROOSEVELT; HARRIS,**

STANLEY; HARVEY, BETH; HAWKINS, ERNESTINE; HAWKINS, MICHAEL; HAWKINS, SR., TERENCE; HAWKINS, VALENCIA; HAWKINS, WILLIE; HAYES, CASSANDRA; HAYMON, TRACY; HAYWOOD, KENNETH; HAYWOOD, LILLIAN; HAYWOOD, MELVIN; HAYWOOD, STEVENSON; HEARNS, EDDIE; HEMPHILL, SR., DERICK; HEMPHILL, LARRY; HEMPHILL, MARILYN; HEMPHILL, MORRIS; HENDERSON, EULA; HENDERSON, RICHARD; HENDERSON, WILLIE; HENLEY, EMMA; HENRY, ANNIE; HENRY, CANDICE; HENRY-MAXWELL, SHERRON; HENTZ, DONALD; HICKS, CARLESTER; HILEY, SHALONDA; HILL, BOBBY; HILL, WINFRED; HILSON, MELVIN; HOBSON, ALEXIS; HOBSON-WASHINGTON, DEBRA; HOGAN, DONNELL; HOGSETT, LESIA; HOLLAND, KENNIS; HOLLAND, PEARLINE; HOLLY, NORRIS; HOLMAN, JAMES; HOLMAN, RUTHIE; HOLT, KELVIN; HOLTON, EARNEST; HOOPER, CURTIS; HOPKINS, LAJUAN; HOPSON, DAPHINE; HORHN, WILLIE; HORN, J.T.; HORN, RICHARD; HORN, STEPHANIE; HORN, WILLIE; HORSLEY-HOSKINS, ZETTA; HORTON-THOMAS, THROSSIA; HOSKINS, CALVIN; HOSKINS, DOROTHY; HOSKINS, QUINISHA; HOUSEWORTH, JASMINE; HOUSTON, DELORIS; HOUSTON, JOYCE; HOUSTON, LATANZA; HOWARD HEMPHILL BUSH, ETHEL; HUDSON, EFTA; HUDSON, GLORIA; HUGHES, ALICE; HUMPHREY, CURNEY; HUMPHREY, TOMMY; HUNT, CENIOR; HUNTER, JACQUELINE; HUNTER, MITZI; IRBY, MAUD; IVORY, CEDRICK; IRONS, ROBERT; JACKSON, BERNICE; JACKSON, COUNTEE; JACKSON, DON; JACKSON, DOROTHY; JACKSON, GREGORY; JACKSON, LESEAN; JACKSON SR., LEVON; JACKSON, TAMALA; JACKSON, TERRANCE; JACKSON, TOMMIE; JAMES, CHERRY; JAMES, HENRY; JAMES, WILLIE; JEFFRSON, DEIRDRA; JEFFERSON, RONNIE; JEFFERSON SPIVEY, RUBY; JENKINS, JR., ALFRED; JENKINS, RHONDA; JILES, FREDRICK; JILES JR., TERRY; JOHN, JOSHUA; JOHNS, DAVID; JOHNS, SR., HENRY; JOHNS, JIMMY; JOHNS,

MARTHA; JOHNSON, ANDERSON; JOHNSON, ANITA; JOHNSON, ANMIE; JOHNSON, AYESHA; JOHNSON, BARBARA; JOHNSON, CHANEY; JOHNSON, CHIQUINTA; JOHNSON, CHRISTOPHER; JOHNSON, CLARISSA; JOHNSON, DANA; JOHNSON, DAVID; JOHNSON, DEEDRICK; JOHNSON, DJUNAITA; JOHNSON, EARL; JOHNSON, GREGORY; JOHNSON, JEAN; JOHNSON, LISA; JOHNSON, LOIS; JOHNSON, MARGARET; JOHNSON, MICHAEL; JOHNSON, MISHEILA; JOHNSON, PAMELA; JOHNSON, PATRICIA; JOHNSON, SHELIA; JOHNSON, SHIRLEY; JOHNSON, STEVEN; JOHNSON, TAVORUS; JOHNSON, TIMOTHY; JOHNSON, TRECINA; JOHNSON, WILLIE; JONES, CAROLYN; JONES, CHRISTOPHER; JONES, ELIJAH; JONES, HATTIE; JONES, JACKIE; JONES, LAKEISHA; JONES, OLIVER; JONES, PATRICIA; JONES, PATRICIA L.; JONES, PATRICIA Y.; JONES, QUEEN; JONES, REBECCA; JONES, RODERICK; JONES, SHERRY A.; JONES, SHERRY L.; JONES, TONY; JONES, VANESSA; JONES, WILL; JORDAN, DAISY; JORDAN, FELICIA; JORDAN, GABRIELLE; JORDAN, PRINZ; JORDEN, ANECIA; JORDEN, ISABELL; KELLY, FLORENCE; KELLY, LAWRENCE; KELLY, LEROY; KELLY, MICHAEL; KEMP SR., ALFRED; KEMP, SHAWONNA; KEYES, LABOYD; KEYS, LARRY; KIDD, CAROLYN; KINDLE, MARILYN; KING, LAVORIS; KINNEY, CHARLOTTE; KINSEY, TERRY; KNIGHT, SHANNON; KNOWLTON, MICHAEL; LANDING, CHRISTIAN; LARRY SR., JIMMIE; LASTRAPES, JOHN; LATIKER, ODESSA; LATIKER ARNOLD, SOJUNDRA; LAWSON, ERMA; LEE, CALLIE; LEE, LATOYA; LEE, OSCAR; LEE, OTIS; LEE, TIMOTHY; LEWIS, DARYL; LEWIS, EDITH; LEWIS, LENA; LEWIS, MARQUITA; LEWIS, TONY; LEWIS-WILLIAMS, RHEMALYN; LINDSEY, KENT; LINDSEY, TERRY; LITTLE, FELICIA; LITTLE, TENEKA; LLOYD-BUCHANAN, JESSIE; LOFFMAN, SHIRLEY; LOMAX, SANDRA; LONGINO, MIKAEL; LOVE, DERRICK; LOVE, EARNEST; LOVE, GWENDOLYN; LOVE, REGINA; LOVE, SHAMEKA; LUCAS, BERTINA; LUCAS, LARRY; LUCKETT, PATRICIA A.; LYNCH, TAKELLIA; MABRY, GREGORY; MACK, RICHARD; MAGEE, STEPHANIE; MAIDEN, JUANITA; MARION, CAROLYN; MARION, JR., PATRICK; MARION, SR., PATRICK;

MARSHALL, READIS; MARSHALL, THOMASENE;
MARTIN, RICHARD; MASON, MARION; MASON, PATTIE ANN;
MATHENEY, LAVETTER; MATHENEY, ULYSSES; MATORY, JR.,
HARRISON; MATTHEWS, GAYLIN; MATTHEWS-ELLIS, RAMONA;
MATTHEWS, TREMANSKY; MAYBERRY, NETTIE;
MAYS, CYNTHIA; MAYS, YARONDA; MCABEE, KESHA;
MCCALLISTER, CARL; MCCARTY, PATRICE;
MCCLAIN, OTHA; MCCLIAN, SANDRA; MCCLENDON, TISHA;
MCCOLLUM, MARCUS; MCCORKLE, SHARON;
MCCRANEY, LASHUNDA; MCCRANEY JR., MELVIN;
MCCRAY, ANGELA; MCDONALD, ARTINIECE;
MCDONALD, LINDSEY; MCDONALD, MARIE;
MCDONALD, SURRINDER; MCDONALD, WILLIE;
MCELROY, GLENDA; MCENTEE, EDDIE; MCENTEE, GRADY;
MCENTEE, NANCY; MCFIELD, KENNETH; MCKINNEY JR.,
WALTER; MCKNIGHT, CONNIE; MCKNIGHT, ROBERT;
MCLAURIN, LYKESIA; MCLAURIN, VIRGINIA;
MCMILLION, BOBBIE; MCMILLION, MARY;
MCMILLION, SHUNTOYA; MCNEAL, WILLIE;
MEEKS, ANTHONY; MEEKS, LETITA; MICOU, RORY;
MILLER, TARA; MITCHELL, IONE; MITCHELL, JAMES;
MITCHELL, MARY; MITCHELL-KELLY, PAMELA;
MITCHELL, SHERONDA; MITCHELL, TOMMY;
MONTGOMERY, GORDY; MONTGOMERY, LULA;
MOORE, CALVIN; MOORE, FELICIA; MOORE, FRED;
MOORE JR., JAMES; MOORE, KATHERINE;
MOORE, KATHY; MOORE, LEROY; MOORE, PATRICIA;
MOORE, SANDRA; MOORE-MEEKS, SHIRLEY;
MOORE, SINGLETON; MOORE, SONJA; MOORE, STEVE;
MOORE, TRICHIA; MOOREHEAD, KENYATTA; MORRIS, LINDA;
MORRIS, NORRIS; MORTON, STANLEY; MORTON, TAMMY;
MUNFORD, KEVEYA; MURPHY JR., HUBERT;
MURRY, KATHERINE; MURRY, RUBY; MUSTIPHER, SHENEKA;
MYRICK, SARAH; NATHAN, LETHA; NAVES-BURKES, SHERRY;
NEELY, DANA; NEWSON, JOHN; NORMAN, DEBRA;
NORMAN, EVANGELINE; NORWOOD, FELIX; OAKS, JERRY;
O'BANNER, FRED; O'BANNER-MADRID, KEYONA;
OLIVER, ANTHONY; OLIVER, BERNICE; O'NEAL, SR., OTHA;
OUTLAW, RUTH; PALMER, CAREY; PALME, KEITH;
PALMER-DOWDY, LAMARSHA; PANNELL, DEBRA;
PARKER, JIMMY; PARKER, MICHAEL; PARKER, JR., ROBERT;
PARKER, DORIS; PARKS, JACKLEY; PATRICK, TRACY;

**PATTON, MARILYN; PAYTON, TORRANCE; PEACE, CURTIS; PEACE-BOONE, DELLA; PETTY, GLORIA; PIERCE, NATHANIEL; PIERCE, TIFFANY; PIPPINS, MARY; PIRTLE, TRACY; PITTS, ANTHONY; PITTS, DONALD; POLK, LIZAR; POLLARD, LINDA; POPE, MARY; POWELL, CHANDRA; POWELL DONNIE; POWELL, LEROY; POWELL-THIGPEN, LUCI; POUGH, DERRELL; PRICE, GEORGIA; PRICE, KAJI; PRICE, VETRIKA; PRINCE, RHONDA; PRINCE, RICHARD; PROCTOR, DYSHETRA; PROCTOR, TAMMY; PROCTOR, VANESSA; PUGH, LATASHA; PUGH, SHANTEL; QUALLS, KIMBERLY; RANDLE, DERICE; RANDLE, JESSIE; RANDLE, MICHAEL; RANDLE, VANCE, RUTH; RANKIN, JAMAUL; RAY, EVERETTE; REED, CURTIS; REED, VERONICA; REESE, LATOYA; REUBEN, PATRICIA; REYNOLDS, MONICA; REYNOLDS, GERALDINE; RHODES, TEKEVIA; RHODES, TEMAKA; RICE, ZEDDIE; RICHARDSON, ARTHUR; RICKELS, GENE; RILEY, CURTSY; RILEY, GWENDOLYN; RILEY, MACK; RILEY-BOYD, JOYCE; RIMPSON, BERTHA; ROBINSON, ANNIE; ROBINSON, ARTHUR; ROBINSON, BRENDA; ROBINSON, DENISE; ROBINSON-JOHNSON, DIANNE; ROBINSON, JOANN; ROBINSON, JOHNNY; ROBY, SHAWANDA; ROBY, VALISA; ROEBUCK, DONNIE; ROGERS, CHRISTOPHER; ROGERS, VERNON; ROSE, ADRIENNE; ROSE, STEVEN; ROSS, BRITTANY; ROSS, DORA; ROSS, LATERRIA; ROSS-WILLIAMS, LIQUITA; RUFFIN, DAVID; RUSH, MICHAEL; RUSHING, MARY; RUSSELL, STEVENSON; SALLEY, JR., PAUL; SAMPSON, FELECIA; SANDERS, LAQOINDA; SCOTT, ANNIE; SCOTT, BARBARA; SCOTT, EDGAR; SCOTT, JACKIE; SCOTT, JACQUELINE; SCOTT, JR., JOHN; SCOTT, LARRY; SCOTT, LATANSA; SCOTT, RUBY; SCOTT, SARAH; SCOTT, SHARON; SCOTT, SHARON H.; SCOTT, TIMMY; SELMON-RUFFIN, LILLY; SHANNON, ERICA; SHAW, ARTHUR; SHELLY, BEVERLY; SHIELDS, LAKEISHA; SHIELDS, LEON; SHORT, ANGELA SHORT, MARILYN; SHORTER, CHIQUITTA; SHORTER, EUGENE; SIAS-MICOU, CHERYL; SIMMONS, LINDA; SIMMONS, SHONDA; SIMPSON, CHRISTIE; SIMPSON, KANETRA; SIMS, FRENSHA; SINGLETON, JANICE; SLAUGHTER, BILLY; SMALL-MARTIN, ANGELA; SMITH, BERNICE; SMITH, ARTHUR; SMITH, CELIE; SMITH, CHARLENE;**

SMITH, DEBRA; SMITH, DELORIS; SMITH, EULA;
SMITH, FELICIA; SMITH, FRED; SMITH, HAROLD;
SMITH, JACKQUELINE; SMITH, JERRY; SMITH JR., JIMMY;
SMITH, JOSHUA; SMITH, KIMBERLY; SMITH, MELVIN;
SMITH, MICHAEL; SMITH, QUINCY; SMITH, RANNIE;
SMITH, RUTHIE; SMITH, VICKIE; SPANN, CYNTHIA;
SPANN, ROLAND; SPEARMAN, ANNIE; SPEIGHT, MELVIN;
SPELLS, TOPPIE; STANSBERRY, GEORGE; STAPLETON, DON;
STAPELTON, TERRY; STAPELTON, THADDEUS;
STAPLETON, TRACY; STEELE, LATARSHA;
STERLING, BRENDA; STEVENSON, ASLEE;
STEWART, KAREN; STEWART, LUCILLE;
STEWART, MARY; STEWART-SMITH, PATRICIA;
STIGLER, LENARD; STOKES, KENOTRIAL;
STONE, JR., ROBERT; STORY, BARRON;
STRONG-FORBES, TERESA; STUBBLEFIELD, LEROY;
STURDIVANT, SHONDA; SULLLIVAN, TABATHA;
SUMMERVILLE, MERRILYN; SUMNER, MICHAEL;
SUMNER, WILLIE; SUTTON, TAZSA; SWANSON, ALBERTA;
SWIMS, ADA; SYKES, JOHNNIE; TALTON, LEAIHEA;
TAPER, TINA; TARRIO, GLENN; TARRIO, PHILLIS;
TATE, ROSE; TATE, TINA; TAYLOR, SHEKETRIC;
TAYLOR, SHIRLEY; TENNER, PRISCILLA;
THOMAS, CHARLES; THOMAS, DEBRA; THOMAS, HOWARD;
THOMAS, KATHY; THOMAS, LARRY; THOMAS, TERRELL;
THOMAS, WALTER; THOMPSON, GLORIA;
THOMPSON, JACQUELINE; THOMPSON, JASMINE;
THOMPSON, ROBERT; THOMPSON-WHITLOCK, TAMARA;
THORNTON, TANYA; TILLMAN, EARLINE;
TOMKINS JR., ELLIS; TOTTEN, LLOYD;
TOWNSEND, ANNETTE; TOWNSEND-SHIPP, DELORIS;
TOWNSEND, LINDA; TOWNSEND, MONTERRIOUS;
TUCKER-WALKER, MARY; TURNER, JERAN; TURNER, JOYCE;
TYLER, DAPHNE; TYLER, JESSIE; TYLER, SHEENA;
VAUGHN, TERA; VAUGHN, VICTORIA; WADE, KEITRICH;
WADE, LINDA; WALDINGTON, DORIS; WALKER, ANTHONY;
WALKER, CAROLYN; WALKER, CYNTHIA;
WALKER, ELLARENE; WALKER JR., JAMES;
WALKER, JOHN; WALKER, KAWANIS;
WALKER JR., WILLIE; WALKER, ZANTRELL;
WALLS, CHRISTOPHER; WARD, FELICIA; WARD, TANIA;
WARNSLEY, ALEXANDER; WASHINGTON, EVELYN;

**WASHINGTON, IGI; WASHINGTON, JENNIFER;
WASHINGTON, KEVIN; WASHINGTON, NEOLAR;
WATSON, CARL; WATSON, CARONDA;
WEAVER, KIMBERLY; WEEKLY, MARTHA;
WEEKLY, TOMMY; WELLS, ANGELA; WELLS, OTHA;
WESLEY, BERNARD; WESLEY, DONDERICK;
WESTBROOK, ALEXANDER; WESTBROOK, KELLY;
WESTBROOK, PERELL; WESTERN, BERNETTA;
WHISENTON, MARLON; WHITE, HENRY;
WHITE, JAMES; WHITE, JUDY; WHITE, ROSHELL;
WHITE, SANDRA; WHITE-SATCHER, TIFFANY;
WHITLOCK, FREDRICK; WHITTAKER, TECOLA;
WIGGINS, VALERIE; WILBER, MAE;
WILLIAMS, ALICIA; WILLIAMS, CAROLYN;
WILLIAMS, CARVIKA; WILLIAMS, DIANNE;
WILLIAMS, DONTERIUS; WILLIAMS, EDDIE;
WILLIAMS, EMMITT; WILLIAMS, ERMA;
WILLIAMS, GLORIA; WILLIAMS, HOWARD;
WILLIAMS, JOHN; WILLIAMS, KIMROY;
WILLIAMS, LEDALE; WILLIAMS, LESTER;
WILLIAMS, MARY; WILLIAMS, MILLICENT;
WILLIAMS, PATRICIA A.; WILLIAMS, ROBERT;
WILLIAMS, JR., ROBERT; WILLIAMS, ROBERT L.;
WILLIAMS, RODERICK; WILLIAMS, JR., SPURGEON;
WILLIAMS, STEPHANIE; WILLIAMS, TAMEKA;
WILLIAMS, TAYLOR; WILLIAMS, TERRY;
WILLIAMS, VERNEDA; WILLIAMS, VIVIAN;
WILLIAMS, WILLIE D.; WILLIAMS, WILLIE M.;
WILLIS, JUWONDA; WILLIS, LORETTA;
WILLIS, SHARON; WILLIS, MICHAEL;
WILSON, FABIAN; WINDFIELD, SHARON;
WINTERS, WILLIE D.; WINTERS, JR., WILLIE;
WRIGHT-JOHNSON, CAROLYN; WYNN, ALMO; WYNNE,
YOULANDA; YARN, MARY; AND YATES, KEOSHA**     **PLAINTIFFS**

**VS.**     **CIVIL ACTION NO.**  3:19-cv-868-TSL-RHW

**MISSISSIPPI DEPARTMENT OF CORRECTIONS;
STATE OF MISSISSIPPI; PELICIA HALL, IN HER
OFFICIAL CAPACITY AS COMMISSIONER
OF MISSISSIPPI DEPARTMENT OF CORRECTIONS;
PHIL BRYANT, IN HIS OFFICIAL CAPACITY AS**

GOVERNOR OF THE STATE OF MISSISSIPPI;
AND JOHN DOE DEFENDANTS 1-25                                                         DEFENDANTS

## NOTICE OF REMOVAL

TO:    Warren L. Martin, Jr., Esq.
        Robert E. Thompson, II, Esq.
        Kanesha Ann Johnson, Esq.
        WARREN L. MARTIN, JR., P. A.
        351 Edgewood Terrace Drive
        Jackson, Mississippi 39206

        Honorable Zack Wallace
        Hinds County Circuit Clerk
        Post Office Box 327
        Jackson, Mississippi 39205

Pursuant to 28 U.S.C. §§ 1441(b) and (c), defendants Mississippi Department of Corrections; State of Mississippi; Pelicia Hall, in Her Official Capacity as Commissioner of the Mississippi Department of Corrections; and Phil Bryant, in His Official Capacity as Governor of the State of Mississippi, hereby remove this action, *Aldridge, Mary, et al. v. Mississippi Department of Corrections, et al.,* Civil Action No. 19-581, from the Circuit Court of the First Judicial District of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division. In support of this removal, these defendants would show unto the Court as follows:

1.      In their Complaint, Plaintiffs explicitly seek relief under the Fair Labor Standards Act of 1938. *See Exhibit 1, Complaint, pp. 160-162*. Because Plaintiffs are seeking relief for alleged violations of federal law, this Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 and §§ 1441(b) and (c). *See Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 123 S. Ct. 1882, 155 L. Ed. 2d 923 (2003).

2. The state law claims alleged by Plaintiffs are "so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). As such, this Court has supplemental jurisdiction over all of Plaintiffs' state law claims as well. *Id*.

3. Plaintiffs filed their original Complaint on August 21, 2019. *Exhibit 2*. An Amended Complaint was filed on October 25, 2019. *Exhibit 1*. The removing defendants were served with process on October 30, 2019. This notice of removal is timely under 28 U.S.C. § 1446(b), because it is being filed no later than thirty days after service upon the removing defendants.

4. The United States District Court for the Southern District of Mississippi, Northern Division, includes Hinds County, in which the state court action is now pending. Thus, venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

5. Copies of all process, pleadings and orders served upon the defendants are collectively appended to this notice of removal as Exhibit 1 pursuant to 28 U.S.C. § 1446(a). Pursuant to L.U.Civ.R. 5(b), a certified copy of the entire state court record is appended to this notice of removal as Exhibit 2.

6. Defendants are filing this written notice of removal with the Clerk of the Hinds County Circuit Court, First Judicial District, where this action is currently pending, pursuant to 28 U.S.C. § 1446(d). A copy of this notice of removal is also being served upon Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Mississippi Department of Corrections; State of Mississippi; Pelicia Hall, in Her Official Capacity as Commissioner of the Mississippi Department of Corrections; and Phil Bryant, in His Official Capacity as Governor of the State of Mississippi, respectfully remove this action from the Circuit Court of the First Judicial District of Hinds County, Mississippi, to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

RESPECTFULLY SUBMITTED, this the 26th day of November, 2019.

**MISSISSIPPI DEPARTMENT OF CORRECTIONS; STATE OF MISSISSIPPI; PELICIA HALL, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE MISSISSIPPI DEPARTMENT OF CORRECTIONS; AND PHIL BRYANT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF MISSISSIPPI, Defendants**

BY:  Benny M. May (MSB #100108)
*Office of the Attorney General*
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205
E-mail: bemay@ago.ms.gov
Telephone: (601) 359-3680

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this day caused to be mailed, via U.S. Mail, postage prepaid, and/or via electronic means, a true and correct copy of the above and foregoing document, together with the exhibits referenced therein, to the following interested parties:

Warren L. Martin, Jr., Esq.
Robert E. Thompson, II, Esq.
Kanesha Ann Johnson, Esq.
WARREN L. MARTIN, JR., P. A.
351 Edgewood Terrace Drive
Jackson, Mississippi 39206

Honorable Zack Wallace
Hinds County Circuit Clerk
Post Office Box 327
Jackson, Mississippi 39205

This, the 26th day of November, 2019.

Benny M. May