```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION


MARY ALDRIDGE, ET AL.                                    PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:19cv868 TSL-RHW

MISSISSIPPI DEPARTMENT OF
CORRECTIONS, ET AL.                                      DEFENDANTS
```

## JUDGMENT

In accordance with the memorandum opinion and order entered this date, the court hereby dismisses the complaint filed in this cause.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is dismissed.

SO ORDERED this 24th day of March, 2020.

/s/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE