# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 9, 2021
Lyle W. Cayce
Clerk

No. 20-60311

Mary Aldridge; Ben Alexander; Tara Alexander; Barbara Allen; Theodore Ambrose; Et al,

*Plaintiffs—Appellants*,

*versus*

Mississippi Department of Corrections; State of Mississippi; Burl Cain, Commissioner, Mississippi Department of Corrections; Tate Reeves, In his official capacity as Governor of the State of Mississippi; John Doe Defendants 1-25,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:19-CV-868

Before Wiener, Dennis, and Duncan, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 20-60311

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued
as the mandate on Mar 31, 2021**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**